IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Knight, <br><br> Plaintiff(s), <br><br> v. <br><br> Abbvie Inc, Abbott Laboratories Inc, and Endo Pharmaceuticals Inc., <br><br> Defendant(s). | Case No. 15 CV 707 <br> Judge Matthew F. Kennelly |

## **ORDER**

The Court grants defendants' motion to dismiss this case with prejudice [15]. Plaintiff failed to comply with the "plaintiff's fact sheet" requirement of Case Management Order No. 9 in MDL 2545, and he has provided no explanation for his non-compliance. The non-compliance unfairly prejudices defendants in their defense of this case. The Clerk is directed to enter judgment dismissing this case with prejudice.

Date: 12/22/2015  /s/ Matthew F. Kennelly